**No. 10-8495. Pierre Yates, Petitioner v. Ohio.**

562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2269, ■

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 10-8499. Francisco Virilo Quispe-Guevara, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2290.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8503. John E. McDonald, Petitioner v. Maine.**

562 U.S. 1294, 131 S. Ct. 1693, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2326.

March 21, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 6 A.3d 283.

**No. 10-8508. Edwin Jones, Petitioner v. Steve Larkins, Warden.**

562 U.S. 1294, 131 S. Ct. 1693, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2284, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8536. Howard Ellis, Petitioner v. Eighth Judicial District Court of Nevada, Clark County, et al.**

562 U.S. 1294, 131 S. Ct. 1693, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2223, ■

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 708.

**No. 10-8542. Terry E. Shotts, Petitioner v. John Evans, Warden.**

562 U.S. 1294, 131 S. Ct. 1694, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2406.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8563. Guillermo Diaz, Petitioner v. Florida.**

562 U.S. 1294, 131 S. Ct. 1694, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2188.

March 21, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 38 So. 3d 791.

**No. 10-8578. Joseph Ruben Sanchez, Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 1294, 131 S. Ct. 1694, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2301.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.